# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

**MARKOS AYAD GEORGY**                    **CASE NO.  6:21-CV-04216**

**VERSUS**                                **JUDGE JAMES D. CAIN, JR.**

**UNIVERSITY OF LOUISIANA**               **MAGISTRATE JUDGE CAROL B.**
**LAFAYETTE ET AL**                       **WHITEHURST**

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting the absence of any objections/and after consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.  Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, the Motion to Dismiss for Lack of Jurisdiction filed by the State of Louisiana, through the Board of Supervisors for the University of Louisiana System, and the University of Louisiana at Lafayette (Rec. Doc. 32) is GRANTED and Plaintiff's claims against the State of Louisiana are hereby DISMISSED.

**THUS DONE AND SIGNED** in Chambers this 28th day of April, 2022.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**